## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIELLE A. BROOKS,** | : | **CIVIL ACTION NO. 1:23-CV-1556** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **NVK LOGISTICS, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 13th day of January, 2025, upon consideration of plaintiff Danielle A. Brooks' motion (Doc. 25) for default judgment against defendant NVK Logistics, Inc., and further upon consideration of her briefs in support of the motion, (<u>see</u> Docs. 26, 28), and the record established during an evidentiary hearing in this matter, (<u>see</u> Doc. 30, 10/29/24 Hr'g Tr.), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Brooks' motion (Doc. 25) for default judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Brooks and against NVK Logistics in the amount of $146,876.88 in damages, with interest thereon from the date of judgment pursuant to 28 U.S.C. § 1961.

3. The Clerk of Court shall thereafter CLOSE this case.

<u>/S/ CHRISTOPHER C. CONNER</u>
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania