AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | |
|---|---|
| Danielle A. Brooks | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:23-CV-1556 |
| NVK Logistics, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____

☑  other:  Judgment is ENTERED in favor of Brooks and against NVK Logistics in the amount of $146,876.88 in
damages, with interest thereon from the date of judgment pursuant to 28 U.S.C. § 1961.

.

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Christopher C. Conner _____

       Order filed January 13, 2025 (Doc 36)

.

Date:  January 13, 2025
       _____

                                             *CLERK OF COURT*


                                             */s/ M. Walker, Deputy Clerk* _____
                                             *Signature of Clerk or Deputy Clerk*